1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (155208)
Terry L. Higham, APLC (150726)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:  213-621-4000
Facsimile:   213-625-1832
E-mail:       jrubiner@bkolaw.com
                   t.higham@bkolaw.com

Attorneys for Defendants
NATIONAL LABOR CONTRACTORS, INC.
d/b/a NATIONAL CONSTRUCTION
WORKFORCE and KONISTO COMPANIES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SALAZAR, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>NATIONAL LABOR CONTRACTORS, INC. d/b/a NATIONAL CONSTRUCTION WORKFORCE, an Indiana corporation; KONISTO COMPANIES, LLC, a Colorado limited liability company; and DOES 1-50 inclusive,<br><br>        Defendant. | Case No. 5:19-cv-00664<br><br><br>**DECLARATION OF JOHN K. RUBINER IN SUPPORT OF REMOVAL OF ACTIONS UNDER U.S.C. §1332**<br><br>[**DIVERSITY**] |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.       My name is John K. Rubiner.  I am over 18 years of age and fully

competent to make this declaration.   I am an attorney-at-law and a member of

Barton, Klugman & Oetting LLP and one of the attorneys of record for defendants

NATIONAL LABOR CONTRACTORS, INC., d/b/a NATIONAL

CONSTRUCTION WORKFORCE, an Indiana corporation and KONISTO

**BARTON, KLUGMAN & OETTING LLP**
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3454
TELEPHONE  (213) 621-4000

1

1 | COMPANIES, LLC, a Colorado limited liability company ("Defendants").

2 |       2.     In my capacity as counsel for Defendants, I have had personal

3 | conversations with the relevant individuals and have personal access to the records

4 | and documents served on my by counsel in this action.   I make this declaration

5 | based on my personal knowledge of the facts and matters stated herein.

6 |       3.     On or about March 11, 2019, I had a conversation with David Watson,

7 | who represents the Plaintiffs in this action.   Our conversation focused, in part, on

8 | the possibility of compromise in this matter prior to any substantial litigation in

9 | this matter.   During that conversation and in rejection of an initial offer to

10 | compromise, Mr. Watson told me that this was a "six or seven figure case" and that

11 | it could only be settled on that basis.

12 |       4.     For over 20 years, I have been in involved in the representation of

13 | clients in similar collective actions under the Fair Labor Standards Act and class

14 | action wage and hour litigation under state law, presenting nearly identical claims

15 | and causes of action, here in Southern California.   Based on my prior experience

16 | litigating wage and hour collective actions and class actions in Southern California

17 | as well as my training, given the size of the proposed Class and potential damages,

18 | penalties and potential for the imposition of attorneys' fees, this lawsuit is one

19 | seeking more than $75,000 in damages, exclusive of interest and costs.

20 |       5.     Defendants KONISTO COMPANIES, LLC has two members,

21 | Christopher Sill and Monica Sill.  Both are located in Durango, Colorado.

22 |      I declare under the penalty of perjury that the foregoing is true and correct.

23 | Executed this 12th day of April, 2019 at Los Angeles, California.

24 |

25 |                                   */s/ John K. Rubiner*    .

26 |                                   John K. Rubiner

27 |

28 |

2

DECLARATION OF JOHN K. RUBINER IN SUPPORT OF REMOVAL OF ACTIONS UNDER U.S.C. §1332
