JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SALAZAR, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL LABOR CONTRACTORS, INC. d/b/a NATIONAL CONSTRUCTION WORKFORCE, an Indiana corporation; KONISTO COMPANIES, LLC, a Colorado limited liability company,<br><br>    Defendants. | Case No.: 5:19-CV-00664 JFW (KKx)<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Ctrm: 7A<br><br>Complaint Filed: 02/19/2019<br>Removal Effected: 04/12/2019 |

On April 24, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 5:19-CV-00664 JFW (KKx) styled JUSTIN SALAZAR v. NATIONAL LABOR CONTRACTORS, INC. d/b/a NATIONAL CONSTRUCTION WORKFORCE, *et al.* is hereby remanded to San Bernardino Superior Court and Defendants will answer, move or otherwise respond to the Complaint not later than 15 days after remand.

IT IS SO ORDERED.

Dated: April 26, 2019

                                                Hon. John F. Walter
                                                UNITED STATES DISTRICT JUDGE